AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxx xxxxxx xxxxxxx xxxxxxxx
WASHINGTON, D.C.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Ramey Kyle___ being duly sworn depose and say:

I am a(n) ___Officer with the Metropolitan Police Department___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

xxxxxxxxxxxxxxxxxxxxxxxx; WASHINGTON, D.C.
TWO STORY RED BRICK ROWHOUSE W/BASEMENT, THE NUMBERS 903 ARE IN WHITE NUMBERS TO A BLACK WROUGHT IRON FENCE WHICH SURROUNDS THE FRONT LAWN. THE FRONT ENTRANCE HAS A BLACK SECURITY DOOR WITH A WHITE ENTRY DOOR. THE FRONT ENTRANCE HAS NINE STEPS WITH GARY LION STATUE. Xxxxxxxxxxxxxxxx SITS BETWEEN A SERIS OF ROW HOUSE xxx AND xxx xxxxxxxxxxxxxxxx

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**AS MENTIONED IN MORE DETAIL IN AFFIDAVIT**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _18_ United States Code, Section(s) _§ 929_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

PATRICIA STEWART
FEDERAL MAJOR CRIMES
(202) 514-7064

Signature of Affiant
Ramey Kyle, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer