**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
SEARCH WARRANT**

**DISTRICT COURT OF THE UNITED STATES OF AMERICA**

---

**FOR THE ENTIRE PREMISES OF xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx, WASHINGTON, D.C., WHICH IS A TWO STORY RED BRICK ROW HOUSE WITH BASEMENT.  THE NUMERIALS 903 ARE AFFIXED IN WHITE NUMBERS TO A BLACK WROUGHT IRON FENCE WHICH SURROUNDS THE FRONT LAWN.  THE FRONT ENTRANCE TO THE RESIDENCE IS DESCRIBED AS A BLACK SECURITY DOOR WHICH LEADS TO A SOLID WHITE ENTRY DOOR.  THE WALKWAY TO THE FRONT PORCH IS EQUIPED WITH A TOTAL OF NINE STEPS.  THE WALKWAY IS ADORNED WITH A GRAY LION STATUE.   xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx IS ONE OF A SERIES OF ROW HOUSES WHICH SITS IN BETWEEN THE CLEARLY MARKED RESIDENCES OF xxx xxxxxxxxx xxxxxxxx, xxxxxxxxx AND xxx xxxxxxx xxxxxxxxx xxxxxxx.**

1.      The affiant, Officer Ramey Kyle, has been a sworn law enforcement officer since November of 2002.  The affiant is currently assigned to the Fourth District Focus Mission Unit.  The affiant has received 46 hours of narcotics instruction from the Maurice T. Turner Institute for Police Science and the Federal Law Enforcement Training Center in Glynco, Ga. The affiant has been trained in the enforcement of D.C. Code, Uniformed Controlled Substance Act, and other related weapons and narcotics charges. The affiant has participated in numerous narcotics and firearms related arrests in the District of Columbia.  The affiant has also obtained search warrants in connection with narcotics and firearms violations and has participated in the execution of numerous search warrants.

2.      Based upon the affiant's training, experience, and participation in firearms investigations, the affiant has knowledge that individuals who possess maintain records, receipts, and other papers relating to the transportation, ordering of firearms related products such as ammunition and firearms accessories.  It is also true that there are currently no gun manufacturers in the District of Columbia nor are bullets sold individually.  When sold, firearms are typically packaged by the manufacturer in labeled boxes.  Firearms must be routinely cleaned and maintained.  Therefore those who possess firearms typically own tools and supplies, which are necessary for the maintenance of their firearms.  Those who possess firearms also utilize targets and other practice aides, which assist them in enhancing their proficiency and accuracy with the firearm.

3.       On 10-30-05, members of the Fourth District Focus Mission Unit were on patrol and observed Mr. Bryant McClain crouching behind a white pickup truck in the 900 block of Decatur Street, N.W.  Officers Kyle, Hoetzel, Jones, and Lazarus exited their MPDC vehicle in an attempt to investigate why Mr. McClain was hiding behind the truck.  When Officer Hoetzel walked around the front of the truck, he observed Mr. McClain place a black handgun on the street behind the passenger side front tire and the sidewalk.  Officer Hoetzel yelled out "gun", at which time Mr. McClain fled on foot heading westbound on Decatur Street, N.W.  Officer Lazarus remained on the scene and secured the handgun and also observed a clear plastic bag containing green weed substance lying next to the gun.  Officers Kyle, Hoetzel, and Jones pursued Mr. McClain on foot and stopped him in the 1200 block of Decatur Street, N.W.  At no time did the officers loose sight of Mr. McClain. When Mr. McClain was stopped, officers Kyle, Hoetzel, and Jones observed Mr. McClain holding a clear bottle containing a yellow liquid.  The liquid in the bottle was found to have a strong chemical odor consistent with that of PCP.  A portion of the green weed substance field tested positive for the presence of THC.  A portion of the yellow liquid was field tested positive for the presence of PCP.  The handgun was found to be a Taurus 9mm semi-automatic handgun, model PTA92AF, loaded with eight 9mm rounds in the magazine and one 9mm round in the chamber.  A WALES/NCIC inquiry of the handgun's serial number, TVJ78718, revealed the handgun was one out of thirty-one firearms stolen from North Carolina during a single offense.  Mr. McClain was arrested and charged with Felon in Possession of a Firearm, UCSA PWID PCP, and UCSA PWID Marijuana.

4.	At the time of his arrest, Mr. McClain identified himself as George Gooden. LIVESCAN revealed Mr. McClain's true name is Bryant Jermaine McClain. A WALES/NCIC inquiry revealed Mr. McClain's address as xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx. A PRISM inquiry revealed Mr. McClain provided the Court Services and Offender Supervision Agency (CSOSA) with xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx. as his current address on 10-31-05. Mr. McClain was arrested on 7-03-05 by a MPDC officer of the Third District and provided xxx xxxxxxxxx xxxxxxxx xxxxxxxxxx. as his residence. xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx. is located on the same street block where Mr. McClain was observed carrying a pistol without a license and possessing illegal narcotics on 10-30-05.

5.	It is therefore respectfully requested that a U.S. District Court Search Warrant be issued for the entire premises of xxx xxxxxxxxx xxxxxxxx  xxxxxxxxxx, Washington, D.C., for the seizure of documents and or receipts relating to the possession or sale of firearms, firearm cleaning supplies, periodicals relating to firearms, manufacturers packaging, targets, ammunition, ammunition packaging, and gun holsters.

_____                    _____
**Affiant**                                                               **United States Attorney**

Subscribed and sworn before me this    day of November, 2005.

_____
**Judge**
**District Court of the United States of America**