AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

903 DECATUR STREET, NORTHWEST
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER: 05-0576M-01

TO: __RAMEY KYLE__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer Ramey Kyle__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**903 DECATUR STREET, NW; WASHINGTON, D.C.**
TWO STORY RED BRICK ROWHOUSE W/BASEMENT, THE NUMBERS 903 ARE IN WHITE NUMBERS TO A BLACK WROUGHT IRON FENCE WHICH SURROUNDS THE FRONT LAWN. THE FRONT ENTRANCE HAS A BLACK SECURITY DOOR WITH A WHITE ENTRY DOOR. THE FRONT ENTRANCE HAS NINE STEPS WITH GARY LION STATUE. 903 DECATUR STREET SITS BETWEEN A SERIS OF ROW HOUSE 901 AND 905 DECATUR STREET
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**AS MENTIONED IN MORE DETAIL IN AFFIDAVIT**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___8 NOV 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 03 2005  1:4 pm                                   at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-3-05 | 11-4-05 / 1905 HOURS | DOROTHY MCCLAIN |

INVENTORY MADE IN THE PRESENCE OF OFC. LAZARUS, Lt. WADDY, OFC. HOEZEL, OFC. AYLLON

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

- ZIPLOCK CONTAINING GREEN WEED SUBSTANCE.
- (2) IDENTIFICATIONS
- BLACK BAG CONTAINING VARIOUS DRUG PARAPHERNALIA
- MAIL MATTER



FILED
NOV 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

11-07-05
Date